July 30, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

ANDREW  DEMOND  HAYNES, Appellant

NO. 14-14-00353-CR                          V.

THE STATE OF TEXAS, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, The State of Texas, signed April 25, 2014, was heard on the transcript of the record.  We have inspected the record and find no error in the judgment requiring reversal, but there was error in the judgment as entered, which is capable of reformation by this Court.  Therefore, the judgment is **REFORMED** to reflect that appellant was convicted of the offense of possession of cocaine weighing more than four grams and less than 200 grams.  We order the judgment of the court below **AFFIRMED** as **REFORMED**.

We further order this decision certified below for observance.